UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AFFILIATED FM INSURANCE COMPANY,<br><br>                       Plaintiff,<br><br>  -v-<br><br><br>MAERSK A/S,<br><br>                    Defendant. | CIVIL ACTION NO. 25 Civ. 8925 (DEH) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

This case was referred to the undersigned for general pretrial supervision.  (Dkt. No. 6).

Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the deadline for Defendant to respond

to the Complaint was on December 11, 2025.  (Dkt. No. 7).  To date, Defendant has not responded

to the Complaint.  As a one-time courtesy, the Court <u>sua</u> <u>sponte</u> EXTENDS the deadline for

Defendant to respond to the Complaint to **Wednesday, January 21, 2026.**

Defendant is warned that failure to answer, move, or otherwise respond to the Complaint

by **January 21, 2026**, may result in the Court permitting Plaintiff to initiate default proceedings.

Dated:     New York, New York
             January 14, 2026

                               SO ORDERED.

                               _____

                               **SARAH L. CAVE**
                               **United States Magistrate Judge**